

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-84,130-01, WR-84,130-02 & WR-84,130-03

## EX PARTE HAROLD DAVID SHARP JR. , Applicant

## ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
CAUSE NOS. CCCR-10-3315-A, CCCR-10-3316-A & CCCR-10-3317-A
IN THE 220TH DISTRICT COURT
FROM COMANCHE COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of three intoxication assault charges and sentenced to imprisonment for twenty years in each case.

On October 26, 2015, orders designating issues were signed by the trial court. The habeas records have been forwarded to this Court prematurely. We remand these applications to the 220th District Court of Comanche County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

These applications will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: November 25, 2015
Do not publish